IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-259-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANITA LOUISE JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

On July 30, 2021, Anita Louise Jackson ("Jackson" or "defendant") moved for court approval to travel outside of the United States to the Bahamas. See [D.E. 18]. On August 3, 2021, the Probation Officer responded and did not object to the travel request. See [D.E. 20]. On August 4, 2021, the United States responded in opposition [D.E. 21].

Have considered the record and Jackson's compliance with conditions of pretrial release, the court GRANTS defendant's motion [D.E. 18]. Defendant may travel to the Bahamas for the trip outlined in her motion. Defendant shall return her passport to the Probation Officer within 24 hours of returning from the Bahamas.

SO ORDERED. This _5_ day of August 2021.

JAMES C. DEVER III
United States District Judge