UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:21-CR-00259-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANITA LOUISE JACKSON ) | |

This matter is before the Court upon motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, pursuant to Federal Rule of Criminal Procedure 36, to correct two clerical errors in the Amended Judgment at Docket Entry 231. The defendant, through counsel, consents to the relief requested.

For good cause shown, the Court hereby GRANTS the government's motion. The Court directs the clerk to edit the Amended Judgment at Docket Entry 231 to include the terms of imprisonment and supervised release that were contained in the original judgment at Docket Entry 211. The clerk is also directed to edit the Amended Judgment at Docket Entry 231 to reflect that that the preliminary orders of forfeiture in this matter were entered on March 2, 2023 and May 22, 2023.

SO ORDERED. This _6_ day of June, 2024.

JAMES C. DEVER III
United States District Judge