IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21CR00259-001D

UNITED STATES OF AMERICA,  )
                                                       )
                              Plaintiff,   )
                                                       )
v.                                                 )        ORDER MODIFYING
                                                       )        RESTRAINING ORDER
ANITA LOUISE JACKSON,       )
                                                       )
                              Defendant. )

Upon on the Motion of the United States of America (the "United States") to modify the restraining order entered by this Court on February 24, 2023 [D.E. 145] (the "Restraining Order") and for good cause shown, the Court hereby ORDERS as follows:

1. The United States may pursue any and all remedies allowed by law to enforce against any and all property upon which Defendant has a non-exempt interest, including (without limitation) property listed in, and subject to, the Restraining Order. Such remedies may include (without limitation) writs of garnishment and writs of execution against the property identified in the Restraining Order. Garnishees are permitted to and shall comply with any writs issued by the Court or the Clerk notwithstanding the Restraining Order.

2. Other than as expressly modified herein, all provisions of the Restraining Order shall remain in place until further order of the Court.

SO ORDERED, this the _15_ day of _January_, 2026.

_____Dever_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

2