IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-259

UNITED STATES OF AMERICA,       )
                                )
        v.                      )        ORDER
                                )
ANITA LOUISE JACKSON,           )
                                )
        Defendant.              )

The United States SHALL respond to defendant's pending motions [D.E. 284, 292, 293]

not later than April 10, 2026.

SO ORDERED. This 26 day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge