IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21CR00259-001D

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )                    WITHDRAWAL OF
)                    WRITS OF GARNISHMENT
ANITA LOUISE JACKSON, )
)
Defendant. )

On January 15, 2026, the following Writs of Garnishment were issued in this

case based on an Application for Writs of Garnishment filed by the United States of

America on January 14, 2026. [D.E. 254].

1)     Writ of Garnishment as to State Employees' Credit Union. D.E. 257.

2)     Writ of Garnishment as to Nationwide Mutual Insurance Company.
       D.E. 259.

3)     Writ of Garnishment as to Truist Financial Corporation. D.E. 263.

4)     Writ of Garnishment as to Bank of America, N. A. D.E. 265.

5)     Writ of Garnishment as to Pershing LLC, D/B/A BNY Pershing. D. E.
266.

The United States of America has now requested that the above listed Writs

of Garnishment be withdrawn.

Therefore, the above Writs of Garnishment filed in this matter are hereby withdrawn and are of no further legal consequence. This Order does not affect any additional Writ of Garnishment issued in this case that is not expressly listed above.

This __20__ day of April, 2026.

_____
JAMES C. DEVER III
U. S. District Court Judge

2