IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21CR00259-001D

UNITED STATES OF AMERICA, )
                Plaintiff, )
      v. )
                 )
ANITA LOUISE JACKSON, )
            Defendant, )           ORDER
                 )
      v. )
                 )
THE PNC FINANCIAL SERVICES )
GROUP, INC., )
           Garnishee. )

This matter is before the Court on the United States' States' Motion to Direct Garnishee to Open Defendant's Safe Deposit Box and Provide an Accounting to the Court. The Court has reviewed the Government's motion, any response, and the applicable law. For good cause shown, and for the reasons explained by the Government in its motion, the Court GRANTS the motion and hereby ORDERS as follows:

1.     The PNC Financial Services Group, Inc. shall open the safe deposit box leased in the name of Anita Louise Jackson, by use of reasonable and customary methods, including drilling the box if deemed necessary.

2.     The PNC Financial Services Group, Inc. shall render an accounting of the contents of Defendant's safe deposit box.

3.      The PNC Financial Services Group, Inc. shall file with the Court a sworn accounting of the contents found in Defendant's safe deposit box and provide a copy of that accounting to the United States and Defendant.

SO ORDERED, this **20** day of April, 2026.

JAMES C. DEVER III
United States District Judge

2