IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21CR00259-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | WITHDRAWAL OF |
| | ) | WRIT OF GARNISHMENT |
| ANITA LOUISE JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

On January 15, 2026, a Writ of Garnishment as to The PNC Financial Services Group, Inc., [D.E. 258] was issued in this case, based on an Application for Writs of Garnishment filed by the United States of America on January 14, 2026. [D.E. 254].

The United States of America has now requested that the Writ of Garnishment as to The PNC Financial Services Group, Inc., be withdrawn.

Therefore, the Writ of Garnishment, as to The PNC Financial Services Group, Inc., filed in this matter is hereby withdrawn and is of no further legal consequence. This Order does not affect any additional Writ of Garnishment issued in this case.

This **28** day of May, 2026.

JAMES C. DEVER III
U. S. District Court Judge